[No. 62118-1-I.   Division One.   April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMEKO BRAZILLE HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04598-6, Christopher A. Washington, J., entered August 6, 2008. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Ellington and Lau, JJ.

[Nos. 62439-3-I; 62831-3-I.   Division One.   April 26, 2010.]

*In the Matter of the Marriage of* VALERIE ANN PENNINGTON, *Appellant*, and JOHN EDWARD PENNINGTON, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-3-00244-3, Eric Z. Lucas, J., entered September 8, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 62515-2-I.   Division One.   April 26, 2010.]

KAAREN A. NICHOLS, *Plaintiff*, SANDRA RASMUSSEN, *Appellant*, v. ARLO DAY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-37052-8, Palmer Robinson, J., entered September 18, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Grosse and Cox, JJ.

[No. 62547-1-I.   Division One.   April 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRIONTE DELONE BUTCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03648-7, Richard D. Eadie, J., entered September 30, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Spearman, JJ.